# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　**Case No.  3:15-cr-07**
　　　　　　　　　　　　　　　　　　　　**District Judge Thomas M. Rose**

**ERWIN MAZARIEGOS,**

        **Defendant.**

---

### ORDER GRANTING MOTION TO CONTINUE

---

      Upon Defendant's Motion to Continue the Trial Date (doc. 17) having been heard in open Court on March 5, 2015, without objection from the Government, the Court finds that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendant's to a speedy trial.

      IT IS HEREBY ORDERED that Defendant's Motion to Continue the Trial Date (doc. 17) is **GRANTED**.  Jury Trial for this matter has been rescheduled for **Monday, June 8, 2015 at 9:00 a.m.**  In addition, a Final Pretrial Conference has been set for **Wednesday, May 27, 2015 at 1:30 p.m.** in Courtroom 2. The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

      IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*s/Thomas M. Rose*
Dated: March 6, 2015　　　　　　　　THOMAS M. ROSE, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT